Case 1:14-cr-00154-JLT-SKO   Document 10   Filed 07/28/14   Page 1 of 1




**FILED**
**JUL 28 2014**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALEX MENDOZA, <br>    AKA, "GORDO," AKA, "CHARITO," AKA "JORGE;" <br> FERNANDO GAMA; <br> JOHN DOE, <br>    AKA, "CAWATES," AKA, JOSE BASTIDA OROZCO," AKA, "IVAN BRAVO"; <br> OSCAR BARRIGAN; <br> JOHN DOE 2, <br>    AKA, "NANI," AKA "JOSE YASMANI CONTRE BUCIO;" AND <br> JAYCEE BRYANT, <br><br> Defendants. | ORDER SEALING COMPLAINT, AFFIDAVIT, AND WARRANTS <br><br> **(UNDER SEAL)** <br><br> 1: 14 MJ 00129 BAM |

The United States having applied to this Court for an order permitting it to file its Complaint, Affidavit, and Warrants, under seal, and good cause appearing thereof,

IT IS SO ORDERED, that the above-listed documents in the above-entitled proceedings, together with this Order, shall be filed with this Court under seal and shall not be disclosed until the defendants have been arrested or upon further order of this court.

DATED: July 28, 2014

_____
HONORABLE BARBARA A. McAULIFFE
U.S. Magistrate Court Judge

1