FILED
JUL 30 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-mj-129 BAM |
| Plaintiff, | ORDER TO UNSEAL CRIMINAL COMPLAINT |
| v. | |
| FERNANDO GAMA, et al., | |
| Defendants. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the criminal complaint filed on July 29, 2014 be unsealed and made public record.

DATED: July 30, 2014

/s/ Barbara A. McAuliffe
BARBARA A. McAULIFFE
U.S. Magistrate Judge

TYPE PLEADING NAME                        2