PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00154 LJO |
|---|---|
| Plaintiff, | STIPULATION TO RESET BRIEFING SCHEDULE AND CONTINUE SENTENCING |
| v. | |
| IVAN OROZCO MARTINEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Harry M. Drandell, attorney for the defendant, that the sentencing set for January 9, 2017 at 8:30 am before the Honorable Lawrence J. O'Neill be continued to January 23, 2017, at 2:00 p.m. At the previously scheduled sentencing, the parties agreed that additional time for the government, and defendant if necessary, to present information regarding a 2-level sentencing enhancement proposed in the PSR was needed. As such, the sentencing was continued to January 9, and the government was to file any memoranda by January 2, 2017. Due to the holidays, and additional time needed to investigate the enhancement, the government did not meet the deadline. The government consulted with defense counsel, and agreed that the government would file a memorandum on January 5, 2017 and that the

///

///

Stipulation                                       1

parties would stipulate to a new sentencing date so that defense could review the government's filing with the defendant who is in custody at the Lerdo facility.

Dated: January 5, 2017　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By　　/s/ Kimberly A. Sanchez
　　　　　　　　　　　　　　　　　　　　　　KIMBERLY A. SANCHEZ
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Dated: January 5, 2017　　　　　　　　　　　/s/ Harry M. Drandell
　　　　　　　　　　　　　　　　　　　　　　HARRY M. DRANDELL
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

### **ORDER**

Good cause stated. Granted. Sentencing now set for January 23, 2017 at 2:00 p.m.

IT IS SO ORDERED.

Dated: **January 6, 2017**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

Stipulation　　　　　　　　　　2